IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS RAY FRAZIER**                                                                                **PLAINTIFF**
**#650936**

v.                                    **Case No: 4:22-cv-00506-LPR**

**COURTNEY KELLY, Drug Task Force,**
**Jefferson County,** *et al.*                                                      **DEFENDANTS**

## ORDER

On June 2, 2022, Plaintiff Carlos Ray Frazier, then an inmate at the W.C. Brassell Adult Detention Center, filed his *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On August 26, 2022, mail sent to Mr. Frazier in another pending case was returned as undeliverable.[2] Accordingly, and on that same date, the Court entered a text order in the case at bar, directing Mr. Frazier to provide notice of his current mailing address within thirty days if he wished to proceed with this lawsuit.[3] The Court warned Mr. Frazier that his failure to comply with the Order may cause his Complaint to be dismissed.[4] Mr. Frazier has not complied with, or otherwise responded to, the August 26 Order. The time for doing so has expired.[5]

Mr. Frazier's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure.[6] The Court certifies pursuant to 28 U.S.C.

---

[1] Doc. 2.

[2] Case No. 4:22-cv-00547-KGB-PSH.

[3] Doc. 13.

[4] *Id.*

[5] A printed version of the August 26 text order mailed by the Court to Plaintiff at his address of record was also returned undelivered. (Doc. 14.) Under Local Rule 5.5(c)(2), it is Plaintiff's responsibility to promptly notify the Court of an address change. He has not done so.

[6] See *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)).

§ 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

    IT IS SO ORDERED this 3rd day of October 2022.

                                                           _____
                                                           LEE P. RUDOFSKY
                                                           UNITED STATES DISTRICT JUDGE