IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS RAY FRAZIER**  **PLAINTIFF**
**#650936**

v.  Case No: 4:22-cv-00506-LPR

**COURTNEY KELLY, Drug Task Force,**
**Jefferson County,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 3rd day of October 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE